**SO ORDERED.**

**DONE and SIGNED May 21, 2021.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 19-30753 |
| | § | |
| John Richard Skipper | § | Chapter 7 |
| Kristie H. Skipper | § | |
|   Debtors | § | |
| | § | |
| Mark K. Sutton, Trustee | § | |
|   Plaintiff | § | Adversary Proceeding |
| | § | |
| vs. | § | Case No. 21AP-03002 |
| | § | |
| John Richard Skipper, et al | § | |
|   Defendants | § | |

### Order Denying Motion to Dismiss

For the reasons stated in the Memorandum Ruling,

**IT IS ORDERED** that the motion to dismiss filed as docket no. 9 is hereby **DENIED**.

###